Malcolm Segal (SBN 075481)
Emily E. Doringer (SNB 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
MARK F. FRIEND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:15-CR-0083 GEB |
|---|---|
| Plaintiff, | **STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER** |
| v. | |
| MARK F. FRIEND, | |
| Defendant. | |

Defendant Mark Friend, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney John K. Vincent, hereby stipulate as follows.

1. By previous order made at the time of defendant's arraignment, a status conference was scheduled in this matter for October 23, 2015 at 9:00 a.m.

2. Since the time of the Court's previous order on August 18, 2015, the parties have engaged in the following:

1

**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

a. Prior to commencing the discovery process, the parties prepared a written stipulation and proposed protective order concerning discovery materials. The signed stipulation was filed and the protective order was signed by the Court on May 28, 2015.

b. On May 15, 2015, the government provided defense counsel with 41 CD's containing various investigative materials. The materials are voluminous and, since the previous order, defense counsel has continued to access, organize and analyze the materials.

c. On July 7, 2015, the government produced a discovery index, a disk containing FBI reports of interviews (FBI 302's), and documents that the government deems to be the most relevant and that it intends to introduce at trial.

d. Counsel for defendant has also been informed by the government that there are approximately 16 boxes of documents that were obtained during the course of the investigation and are available for review.

e. The defense has devoted many hours to the review of the discovery, preparing to subpoena and otherwise secure additional relevant documents and witnesses, researching legal issues related to the case and consulting experts on the issues presented.

f. The United States has informed the defense that it anticipates seeking additional charges against Mr. Friend between now and the next status conference date. The defense will require some time to evaluate and research those matters and review any additional discovery.

3. The defense requires additional time to fully review the relevant documents and discovery and any additional discovery provided by the government. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The United States does not object to the requested continuance. The parties have

STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER

agreed that at the next status conference they will request a briefing schedule for motions and that a trial date be set for the case.

4. By this stipulation the parties request that the status conference be continued until December 18, 2015 at 9:00 a.m., and for the time between October 23, 2015, and December 18, 2015, to be excluded under Local Code T4.

5. Based on the foregoing, the parties agree that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from October 23, 2015 to December 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: October 21, 2015         SEGAL & ASSOCIATES, PC

                                By:   /s/ Malcolm Segal_____
                                      MALCOLM SEGAL
                                      Counsel for Defendant

Dated: October 21, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                                By:   /s/ Malcolm Segal for_____
                                      JOHN K. VINCENT
                                      Assistant United States Attorney

**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the Status Conference scheduled for October 23, 2015, is continued to December 18, 2015 at 9:00 a.m.

It is further **ORDERED** that under the Speedy Trial Act the time between October 23, 2015 and December 18, 2015, inclusive, is hereby excluded under Local CodeT4, and 18 U.S.C.§§ 3161(h)(7)(A), B(iv), to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 18, 2015.

Dated:  October 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER