UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00083-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| MARK F. FRIEND, | |
| Defendant. | |

It has come to the undersigned judge's attention that a docket entry was created on December 1, 2015, titled "Sealed Event." (ECF No. 16.) No notice of request to seal was filed on the public docket in connection with the sealed event, as generally required under Local Rule 141. See E.D. Cal. R. 141(a) ("Notice that a request to seal has been made will typically be filed [o]n the public[ docket]."). Local Rule 141(b) prescribes, in relevant part:

> Except in pre-indictment criminal investigations in which sealing is sought, [a] "Notice of Request to Seal Documents" shall be filed electronically . . . . The Notice shall describe generally the documents sought to be sealed, the basis for sealing, the manner in which the "Request to Seal Documents," proposed order, and the documents themselves were submitted to the Court, and whether the Request, proposed order, and documents were served on all other parties.

1

Therefore, no later than December 14, 2015, the government shall either comply with Local Rule 141 or show cause in a writing why compliance with Local Rule 141 is not required. If the government fails to timely respond to this order, the Court may assume that the entirety of the sealed event docketed as entry number 16 should be filed on the public docket.

Dated: December 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge