Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
MARK F. FRIEND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MARK F. FRIEND,<br><br>            Defendant. | Case No: 2:15-CR-0083 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCING HEARING** |

Defendant Mark F. Friend, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney John K. Vincent, hereby stipulate as follows.

1.  A sentencing hearing is scheduled in this matter for September 16, 2016 at 9:00 a.m. (Dkt #25).

2.  The parties stipulate that the sentencing hearing be continued until October 14, 2016 at 9:00 a.m., or any time thereafter convenient to the Court.  The government has agreed to the continuance, at the defendant's request, in order to

permit the Defendant to meet with the United States Probation Department in order to provide information to assist in the preparation of the presentence report. The current sentencing schedule would otherwise make it difficult to accomplish that task and for counsel to fully participate in the matter.

3.   Based on the foregoing, the parties request that sentencing in this matter be continued to October 14, 2016 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 3, 2016          SEGAL & ASSOCIATES, PC

                               By:   /s/ Malcolm Segal
                                     MALCOLM SEGAL
                                     Counsel for Defendant

Dated: August 3, 2016          BENJAMIN B. WAGNER
                               United States Attorney

                               By:   /s/ Malcolm Segal for
                                     JOHN K. VINCENT
                                     Assistant United States Attorney

## ORDER

**FOR THE REASONS SET FORTH ABOOVE, IT IS HEREBY ORDERED** that the sentencing hearing scheduled for September 16, 2016, is continued to October 14, 2016, at 9:00 a.m.

Dated:  August 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge