Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
MARK F. FRIEND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:15-CR-0083 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING PRESENTENCE REPORT SCHEDULING** |
| v. | |
| MARK F. FRIEND, | |
| Defendant. | |

Defendant Mark F. Friend, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney John K. Vincent, hereby stipulate as follows.

1.   A sentencing hearing is scheduled in this matter for October 14, 2016 at 9:00 a.m. (Dkt #30).

2.   The parties stipulate that the presentence report scheduling shall be revised to the following:

///

-1-

Stipulation and [Proposed] Order Regarding Presentence Report Scheduling

      a.    The proposed presentence report shall be disclosed to counsel no later than September 2, 2016;

      b.    Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than September 16, 2016;

      c.    The presentence report shall be filed with the Court and disclosed to counsel no later than September 23, 2016;

      d.    Motion for correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than September 30, 2016; and

      e.    Reply or statement of no opposition shall be filed no later than October 7, 2016.

**IT IS SO STIPULATED.**

Dated: August 18, 2016      SEGAL & ASSOCIATES, PC

                                          By:   /s/ Malcolm Segal
                                                    MALCOLM SEGAL
                                                    Counsel for Defendant

Dated: August 18, 2016      BENJAMIN B. WAGNER
                                                    United States Attorney

                                          By:   /s/ Malcolm Segal for
                                                    JOHN K. VINCENT
                                                    Assistant United States Attorney

# [PROPOSED] ORDER

**FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED** that the presentence report scheduling is revised as follows:

1. The proposed presentence report shall be disclosed to counsel no later than September 2, 2016;

2. Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than September 16, 2016;

3. The presentence report shall be filed with the Court and disclosed to counsel no later than September 23, 2016;

4. Motion for correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than September 30, 2016; and

5. Reply or statement of no opposition shall be filed no later than October 7, 2016.

Dated:  August 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge