Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
MARK F. FRIEND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MARK F. FRIEND,<br><br>            Defendant. | Case No: 2:15-CR-0083 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCING HEARING** |

    Defendant Mark F. Friend, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney John K. Vincent, hereby stipulate as follows.

    1.    A sentencing hearing is scheduled in this matter for October 14, 2016 at 9:00 a.m. (Dkt #30).

    2.    The parties now stipulate that the sentencing hearing be continued until November 4, 2016 at 9:00 a.m., or any time thereafter convenient to the Court.  The purpose of this continuance is to enable the parties to secure

information pertinent to the sentencing process.  The current sentencing schedule would otherwise make it difficult to accomplish that task.

3. Based on the foregoing, the defendant requests and the parties agree that sentencing in this matter be continued to November 4, 2016 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: October 10, 2016          SEGAL & ASSOCIATES, PC


                                 By:   /s/ Malcolm Segal
                                       MALCOLM SEGAL
                                       Counsel for Defendant


Dated: October 10, 2016          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By:   /s/ Malcolm Segal for
                                       JOHN K. VINCENT
                                       Assistant United States Attorney


# [PROPOSED] ORDER

**FOR THE REASONS SET FORTH ABOOVE, IT IS HEREBY ORDERED** that the sentencing hearing scheduled for October 14, 2016, is continued to November 4, 2016, at 9:00 a.m.

Dated:  October 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge