1  Malcolm Segal (SBN 075481)
2  Emily E. Doringer (SBN 208727)
   **SEGAL & ASSOCIATES, PC**
3  400 Capitol Mall, Suite 2550
   Sacramento, CA  95814
4  Telephone:  (916) 441-0886
5  Facsimile: (916) 475-1231
   msegal@segal-pc.com
6  edoringer@segal-pc.com

7  Attorneys for Defendant
8  MARK F. FRIEND

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
13 | UNITED STATES OF AMERICA,        Case No: 2:15-CR-0083 GEB

14 |          Plaintiff,              **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCING HEARING**
15 | v.

16 | MARK F. FRIEND,

17 |          Defendant.
18
19

20      Defendant Mark F. Friend, by and through his counsel of record, Malcolm
21 Segal, Segal & Associates, PC and Plaintiff United States of America, by and
22 through its counsel of record, Assistant United States Attorney John K. Vincent,
23 hereby stipulate as follows.
24      1.   A sentencing hearing is scheduled in this matter for November 4,
25 2016 at 9:00 a.m. (Dkt #37).
26      2.   The parties now stipulate that the sentencing hearing be continued to
27 November 18, 2016 at 9:00 a.m., or any time thereafter convenient to the Court.
28 The purpose of this continuance at the joint request of the parties is to enable

them to secure information pertinent to the sentencing process. The current sentencing schedule would otherwise make it difficult to accomplish that task.

3.   Based on the foregoing, the defendant requests and the parties agree that sentencing in this matter be continued to November 18, 2016 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: October ___, 2016        SEGAL & ASSOCIATES, PC


                                By:   /s/ Malcolm Segal
                                      MALCOLM SEGAL
                                      Counsel for Defendant


Dated: October ___, 2016        BENJAMIN B. WAGNER
                                United States Attorney


                                By:   /s/ Malcolm Segal for
                                      JOHN K. VINCENT
                                      Assistant United States Attorney


# [PROPOSED] ORDER

**FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED** that the sentencing hearing scheduled for November 4, 2016, is continued to November 18, 2016, at 9:00 a.m.

Dated:  October 27, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge