UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARK F. FRIEND,

        Defendant.

No.  2:15-cr-00083-GEB

**ORDER INFORMING PARTIES OF A SEALING REQUEST CONCERNING DOCUMENTS EMAILED TO CHAMBERS FROM THE SOUTHERN DISTRICT OF IOWA**

On October 28, 2016 the undersigned judge received an email from a Case Manager in the Southern District of Iowa in which the Case Manger states: "Judge Burrell, Per Judge Pratt, please see the attached documents from Carmen Hocking's case in the United States District Court for the Southern District of Iowa in regards to the sentencing of Mark F. Friend in your district." One of the attached documents is Judge Pratt's Order, in which he grants the Government's motion in the Carmen Hocking's case for an order disclosing the statement of reasons for the sentence imposed in that case and states, in pertinent part:

> The Clerk of Court shall send the following documents via email to United States District Court Judge Garland E. Burrell, Jr. in the Eastern District of California for filing under seal in *United States v. Mark F. Friend*, No. 2:15-cr-00083: 1) this Order; 2) the transcript of Defendant's sentencing

1

hearing (Clerk's No. 42); 3) the Judgment including the Statement of Reasons (Clerk's No. 31); and 4) the Amended Judgment including the Statement of Reasons (Clerk's No. 36). Upon receiving access to these documents, the parties in the related case shall not disclose their contents outside the context of Friend's sentencing proceeding.

In light of the sentencing and sealing procedures in this district, the email will be disregarded.

Dated:  November 1, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

2