McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK F. FRIEND,<br><br>    Defendant and Judgment Debtor,<br><br>BANK OF THE WEST,<br>(and its Successors and Assignees),<br><br>    Garnishee. | CASE NO.: 2:15-CR-00083-WBS<br><br>**STIPULATION FOR ORDER OF GARNISHMENT OF RETIREMENT ACCOUNTS; AND ORDER** |

The United States and the defendant/judgment debtor, Mark Fisher Friend (Friend), agree and stipulate to the garnishment of Friend's Bank of the West retirement/investment account(s) as follows:

1. The Court entered its Judgment in a Criminal Case against Friend on December 1, 2016. ECF No. 45. The Judgment ordered Friend to pay a $100 statutory assessment and $1,889,379.00 in restitution. *Id.*, at 6. The Court did not waive interest. *Id*. As of September 17, 2020, Friend's restitution balance is $1,554,117.47 plus interest (the Restitution Balance).

2. The United States seeks to enforce the Restitution Balance via the garnishment process. A writ of garnishment is an authorized remedy under the Federal Debt Collection Procedures Act 28 U.S.C. §§ 3001 – 3308 (FDCPA) to recover a judgment on a debt. 28 U.S.C. § 3205(a).

3. Bank of the West has in its possession, custody, and control, property belonging to Friend

(SSN ending in *9101); namely, at least two retirement accounts (ending in account numbers *3859 and *9575) with an estimated balance of $9,462.76.

4. In order to partially satisfy the Restitution Balance, Friend agrees to a court order garnishing his two Bank of the West retirement accounts, plus any other retirement or investment accounts he maintains at Bank of the West (the Retirement Accounts). Friend further agrees to an order directing Bank of the West, as garnishee, to immediately liquidate and pay to the Clerk of the Court, the entire contents of his Retirement Accounts.

5. Friend acknowledges and understands that the FDCPA affords him, as a debtor, certain rights in a garnishment proceeding. He waives these rights, including, service of the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(3), notice of, and the right to claim exemptions, to request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5), and to any other process to which he may be entitled under the FDCPA.

6. To implement the foregoing, the United States and Friend stipulate to the entry of an order: garnishing the Retirement Accounts; directing Bank of the West to pay the contents thereof to the Clerk of the Court as set forth in the accompanying order; and directing Bank of the West to include with its payment, a transaction record(s) showing that it has completely liquidated and paid to the Clerk of Court the entire contents of all accounts Friend maintained with Bank of the West.

7. The stipulation does not foreclose the United States from pursuing separate efforts to collect the Restitution Balance.

8. Friend warrants that he has had the opportunity to consult with counsel regarding this stipulation.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

McGREGOR W. SCOTT
United States Attorney

Dated: October 5, 2020         */s/ Kurt A. Didier*
                               KURT A. DIDIER
                               Assistant United States Attorney

STIPULATION RE
GARNISHMENT; AND ORDER

2

FOR THE DEFENDANT, MARK F. FRIEND:

Dated: October 5, 2020

*/s/ Mark F. Friend*
MARK F. FRIEND, in pro per, original signature on file with government counsel

STIPULATION RE
GARNISHMENT; AND ORDER

3

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for Order of Garnishment of Retirement Accounts (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant Mark Fisher Friend's (Friend) Bank of the West retirement accounts ending in account numbers *3859 and *9575, plus any other retirement or investment accounts he maintains at Bank of the West (the Retirement Accounts), are GARNISHED.

2. Bank of the West, as garnishee, is directed to LIQUIDATE and PAY to the Clerk of the Court, within 21 days of the filing of this order, the entire contents of the Retirement Accounts.

3. Bank of the West shall MAKE its payment by delivering a cashier's check, money order, or company draft made payable the **Clerk of the Court** and mailed to the Clerk of the Court, United States District Court, 501 I Street, Suite 4-200, Sacramento, California 95814.  Bank of the West shall state the case name and number (U.S. v. Friend, Case No. 2:15-CR-00083) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. Bank of the West shall INCLUDE with its payment, a transaction record(s) showing that it has liquidated and paid to the Clerk of the Court the entire contents of the Retirement Accounts.

5. This garnishment shall terminate upon the Clerk of the Court's receipt and posting of Bank of the West's payment to Friend's judgment balance, and its receipt of the transaction records described above.  In the interim, the Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated:  October 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE