**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 2:15CR00083-1 WBS |
| ) | |
| Mark F. Friend ) | |
| ) | |

On November 18, 2016, the above-named was sentenced to Supervised Release for a period of 2 years. Supervision commenced on January 23, 2019.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

|  **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *Wendy E. Reyes* (signature) | *Ronnie Preap* (signature) |
| **Wendy E. Reyes**<br>**Sr. United States Probation Officer** | **Ronnie Preap**<br>**Supervising United States Probation Officer** |

**Dated:**   October 27, 2020
           Elk Grove, California
           WER/mb

**Re:**  **Mark F. Friend**
  **Docket Number:  2:15CR00083-1**
  <u>**Report and Order Terminating Supervised Release**</u>
  <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Mark F. Friend be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  October 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

CC:    AUSA — Michael Anderson
    FLU Unit—United States Attorney's Office
    Fiscal Clerk—Clerk's Office
    Supervisee—Mark F. Friend

**Recommendation Terminating Supervised Release**
**Prior to Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Docket No: 2:15CR00083-1 |
| Mark F. Friend | ) |

## LEGAL HISTORY:

On November 18, 2016, the above-named was sentenced to Supervised Release for a period of 2 years, in reference to the offense of 18 USC 371 and 1344 – Conspiracy to Commit Bank Fraud. Supervision commenced on January 23, 2019.

Special conditions included a requirement for: Warrantless search, not dissipate assets, apply all monies to any unpaid restitution, financial disclosure, no additional lines of credit. He was also ordered to pay a special assessment of $100.00 and restitution in the amount of $1,889,379.00.

## SUMMARY OF COMPLIANCE:

The supervised releasee has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities. It is the opinion of the probation officer that the supervised releasee has derived maximum benefits from supervision and is not in need of continued supervision. Mr. Friend has been cooperative regarding the garnishment of several accounts, which were applied toward his restitution. He has also made monthly payments toward restitution. Mr. Friend will continue to cooperate with payment of restitution through the Financial Litigation Unit of the United States Attorney's Office. He is in compliance with all other terms and conditions of his supervised release.

**Re:** **Mark F. Friend**
**Docket Number:** 2:15CR00083-1
<u>**Recommendation Terminating Supervised Release**</u>
<u>**Prior to Expiration Date**</u>

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *(signature)* | *(signature)* |
| **Wendy E. Reyes**<br>Sr. United States Probation Officer | **Ronnie Preap**<br>Supervising United States Probation Officer |

**Dated:** October 27, 2020
Elk Grove, California
WER/mb

CC: AUSA (NAME)—TBD

(Pursuant to Rule 32, notice of proposed relief to the supervised releasee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35—Report and Order Terminating Supervised Release Prior to Expiration Date will be submitted to the Court for approval.)

2